BEFORE THE SECOND DIVISION, DECEMBER 4, 1967

**No. P67/427.**—Airesearch Manufacturing Company et al. *v.* United States, protests 63/23073, etc. (Los Angeles).

FORD, J.   In accordance with stipulation of counsel that the items of merchandise marked "A" covered by the foregoing protests consist

of parts of air data computers for F-104 aircraft; that the items marked "R" consist of parts of air data computers for F-104 aircraft, which had been exported for repair and return (dutiable on the value of the repairs only) ; that all of said parts are similar in all material respects to the airplane parts the subject of *Railway Express Agency, Inc., a/c Airesearch Manufacturing Co.* v. *United States* (55 Cust. Ct. 328, C.D. 2598), affirmed in *Id.* v. *Id.* (57 Cust. Ct. 304, C.D. 2797) ; and that the applicable regulations have been complied with, the claim of the plaintiffs was sustained.